# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131164

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BASIM NAIMOU,
            Plaintiff-Appellant,

v

PHILIP F. GRECO TITLE
COMPANY,
            Defendant-Appellee.

SC: 131164
COA: 264503
Macomb CC: 2003-004629-CK

_____/

On order of the Court, the application for leave to appeal the February 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

Clerk

l0918